## THE RIDGEBURY GROUP *v.* JOSEPH MITCHELL
### (11742)

FOTI, FREEDMAN and SCHALLER, Js.

Argued June 14—decision released July 6, 1993

*Joseph Mitchell,* pro se, the appellant (defendant).
*Christopher G. Winans,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.